IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-89-D

| | |
|---|---|
| AEXA WHITTINGTON, d/b/a Tranquility Spa, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| U.S. SMALL BUSINESS ADMINISTRATION, ) ) ) ) | |
| Defendant. ) | |

For the reasons stated in defendant's memorandum of law in support of its motion for summary judgment [D.E. 14] and defendant's statement of material facts [D.E. 16], the court GRANTS defendant's motion for summary judgment. The clerk shall close the case.

SO ORDERED. This 7 day of August, 2023.

JAMES C. DEVER III
United States District Judge