UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| ALEXA WHITTINGTON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 5:23-CV-89-D-BM** |
| | ) | |
| U.S. SMALL BUSINESS ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 14].

**This Judgment Filed and Entered on August 7, 2023, and Copies To:**

Alexa Whittington     (via U.S. Mail to 1300 Tobacco Barn Road, Fuquay-Varina, NC 27526)

Rudy E. Renfer     (via CM/ECF electronic notification)

DATE: August 7, 2023         PETER A. MOORE, JR., CLERK

                                      (By) /s/ Stephanie Mann
                                      Deputy Clerk