| | |
|---|---|
| ALEXA WHITTINGTON, d/b/a Tranquility Spa,<br><br>              Plaintiff,<br><br>v.<br><br><br><br>U.S. SMALL BUSINESS ADMINISTRATION,<br><br>              Defendant. | **AMENDED JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-89-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in defendant's memorandum of law in support of its motion for summary judgment [D.E. 15] and defendant's statement of material facts [D.E. 16], the court GRANTS defendant's motion for summary judgment.

**This Judgment Filed and Entered on August 8, 2023, and Copies To:**

Alexa Whittington      (via U.S. Mail to 1300 Tobacco Barn Road, Fuquay-Varina, NC 27526)

Rudy E. Renfer      (via CM/ECF electronic notification)

DATE: August 8, 2023            PETER A. MOORE, JR., CLERK

                                                                   (By)  /s/ Stephanie Mann
                                                                   Deputy Clerk